IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA



Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:15-CR-74 |
| | ) | |
| ANTHONY VASILIADES, | ) | 21 U.S.C. §§ 841(a)(1) and 846 |
| | ) | (Conspiracy to Possess with Intent to |
| Defendant. | ) | Distribute Cocaine) |

**CRIMINAL INFORMATION**

THE UNITED STATES CHARGES THAT:

From beginning in and around December 2014, and continuing to on or about January 14, 2015, in the Eastern District of Virginia and elsewhere, the defendant, ANTHONY VASILIADES, knowingly and intentionally combined, conspired, confederated and agreed with persons known and unknown, to possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(In violation of Title 21, United States Code, Section 846).

Dana J. Boente
United States Attorney

By: _____

Tobias D. Tobler
Assistant United States Attorney